**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Interest of Joshua R. C., a Juvenile under the Age of Seventeen, Appellant.

Appellate Case No. 2012-212243

Appeal From Aiken County
Dale Moore Gable, Family Court Judge

Unpublished Opinion No. 2013-UP-253
Submitted April 1, 2013 – Filed June 19, 2013

**AFFIRMED**

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Julie Kate Keeney, both of Columbia, for Respondent.

**PER CURIAM:** This is an appeal of the family court's order finding Appellant in contempt for violating a school attendance order and placing him on probation for twelve months. Appellant argues there was insufficient evidence to show he violated the school attendance order. Because Appellant admitted to violating the order during the rule to show cause hearing, we affirm pursuant to Rule 220(b), SCACR, and the following authorities: *In re Timothy C.M.*, 348 S.C. 653, 656, 560

S.E.2d 452, 454 (Ct. App. 2002) ("The family court has the inherent power to punish for contempt of its orders."); *Miller v. Miller*, 375 S.C. 443, 457, 652 S.E.2d 754, 761 (Ct. App. 2007) ("In a criminal contempt proceeding, the burden of proof is beyond a reasonable doubt."); *State v. Benton*, 338 S.C. 151, 156-57, 526 S.E.2d 228, 231 (2000) (holding issue not preserved for appellate review where the appellant conceded the issue at the trial court).

**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.